UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1340-JAH |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| JOSE JAVIER RIVERA-GARCIA (1), JOSE LUIS CUEVAS-MIRAMONTES (2), | ) | |
| Defendants. | ) | |

The United States Attorney charges:

On or about April 11, 2008, within the Southern District of California, defendants JOSE JAVIER RIVERA-GARCIA and JOSE LUIS CUEVAS-MIRAMONTES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Luis Manuel Hernandez-Ramirez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 29, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
4/28/08