AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE LUIS CUEVAS-MIRAMONTES (2) | CASE NUMBER: 08CR 1340-JAH |

I, JOSE LUIS CUEVAS-MIRAMONTES, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _April 29, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Jose Luis C.M._
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer

(MB)