| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID L. KATZ |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 141295 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5226/Fax: (619) 235-2757 |
| | David.Katz@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1340-JAH |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | REQUEST TO WITHDRAW NOTICE OF |
| v. | ) | ATTORNEY APPEARANCE |
| | ) | |
| JOSE RIVERA-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and David L. Katz, Assistant United States Attorney, that this Court authorize the withdrawal of document number 31 from the clerks record.

The sentencing summary chart was inadvertently attached rather than the actual Notice of Appearance.

DATED: August 27, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/David L. Katz
DAVID L. KATZ
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>        v. )<br>) <br>JOSE RIVERA-GARCIA, )<br>)<br>    Defendant. )<br>_____ ) | Case No. 08CR1340-JAH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, David L. Katz, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.  Dorothy Rees Shelton, dsheltonlaw@aol.com**

**2.  Donald Nunn, nunnd2@sbcglobal.net**

**3.  Gerard Wasson, jerard.wasson@sbcglobal.net**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1. None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2008

                                                         /s/ David L. Katz
                                                         DAVID L. KATZ